1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

CASE NO.:   3:22-cr-00960-JLS

12

Plaintiff,

13

v.

14

ALMETRA LHANISE KARKI

ORDER GRANTING JOINT MOTION
TO CONTINUE MOTION
HEARING/TRIAL SETTING

15

Defendant.

16
17
18

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms.

19

Karki's Motion Hearing/Trial Setting, currently scheduled for May 27, 2022, be

20

rescheduled to *June 24, 2022, at 1:30 p.m*.  It is further ordered that time should

21

be excluded in the interests of justice, pursuant to the reasons set forth in the parties'

22

joint motion to continue motion hearing/trial setting.  See 18 U.S.C. §§

23

3161(h)(1)(d), (h)(7)(A).

24

**SO ORDERED.**

25

Dated:  May 19, 2022

26

Hon. Janis L. Sammartino
United States District Judge

27
28