# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMETRA LHANISE KARKI<br><br>Defendant. | CASE NO.:  3:22-cr-00960-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Karki's Motion Hearing/Trial Setting, currently scheduled for June 24, 2022, be rescheduled to *July 15, 2022, at 1:30 p.m*. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

It is further ordered that time should be excluded in the interests of justice, pursuant to the reasons set forth in the parties' joint motion to continue motion hearing/trial setting. See 18 U.S.C. §§ 3161(h)(1)(d), (h)(7)(A).

**SO ORDERED.**

Dated: June 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge