UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMETRA LHANISE KARKI<br><br>Defendant. | CASE NO.:  3:22-cr-00960-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Karki's Motion Hearing/Trial Setting, currently scheduled for July 15, 2022, be rescheduled to ***September 16, 2022, at 1:30 p.m***.  It is further ordered that time should be excluded in the interests of justice, pursuant to the reasons set forth in the parties' joint motion to continue motion hearing/trial setting. See 18 U.S.C. §§ 3161(h)(1)(d), (h)(7)(A).

**SO ORDERED.**

Dated:  July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge